UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 08-501(WHW) |
| **MIGUEL CORREA NEGRON** | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Christopher J. Christie, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendant MIGUEL CORREA NEGRON, (Michael Gogal, Esq., appearing) having been charged with a violation of 18 U.S.C. Sections 1956(h) and 2, application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from September 23, 2008 through November 14, 2008, to allow the parties to prepare motions and responses on the issue of transferring this case to another District, and to prepare for trial, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties desire more tie to prepare motions and responses thereto and prepare for trial;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this ___ day of August, 2008,

ORDERED that this action be, and it hereby is, continued from September 23, 2008 through November 14, 2008.

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection dated August 7, 2008 shall be stayed as follows:

    Defendant's motions to be filed by: **October 1, 2008**

    Government response by: **October 17, 2008**

    Oral argument (if necessary): **November 7, 2008**

    Trial set for: **November 14, 2008**

IT IS FURTHER ORDERED that the period from September 23, 2008 through November 14, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                HONORABLE WILLIAM H. WALLS
                                                UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

MICHAEL GOGAL, ESQ.
ATTORNEY FOR DEFENDANT

ROBERT FRAZER, AUSA