# UNITED STATES DISTRICT COURT

## District of New Jersey

Chambers of
**William H. Walls**
Senior District Judge
————

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

<u>NOT FOR PUBLICATION</u>

<u>LETTER ORDER</u>

<u>ORIGINAL ON FILE WITH CLERK OF COURT</u>

November 18, 2008

**Appearances:**

Robert L. Frazer
Office of the US Attorney
970 Broad Street
Suite 700
Newark, NJ 07102
    Attorney for Plaintiff

Michael Gogal
McCusker Anselmi Rosen Carvelli & Walsh
127 Main Street
Chatham, NJ 07928
    Attorney for Defendant

Re: <u>United States v. Miguel Correa Negron</u>; Crim. No. 08-501 (WHW)
   Defendant Monroe Township's Motion to Dismiss

Dear Litigants:

   Defendant has moved for transfer of venue to Puerto Rico pursuant to Federal Rule of

Civil Procedure 21(b).  In support of this motion, defendant has asserted that "all possible

defense witnesses are in Puerto Rico."  (Def.'s Supp. 7.)  In order to assess whether the location

of possible witnesses would favor transfer under Rule 21(b), courts must have "concrete

demonstrations" of the proposed testimony. <u>United States v. Haley</u>, 504 F.Supp 1124, 1127-28 (E.D. Pa. 1981).

Counsel for defendant is ordered to submit affidavits within 10 days of this Order, containing information sufficient to allow the Court to decided defendant's motion.

It is on this 18th day of November, 2008,

SO ORDERED.

<u>**s/William H. Walls**</u>
United States Senior District Judge