NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | Criminal Action No. 08-501 (WHW) |
| | : | |
| MIGUEL CORREA NEGRON, | : | |
| | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

Defendant has moved, pursuant to Fed. R. Civ. P. 21(b), for transfer of venue to the District of Puerto Rico. The Court has considered the moving and opposition papers. For the reasons given in the accompanying opinion:

It is on this 15th day of December, 2008,

ORDERED that defendant's motion to transfer is GRANTED; and it is further

ORDERED that the Clerk shall TRANSFER this case to the United States District Court for the District of Puerto Rico.

s/William H. Walls
United States Senior District Judge